FILED
2012 Jul-23  AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH O. MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action Number** |
| **vs.** ) | **2:10-cv-3272-AKK** |
| ) | |
| **JEFFERSON COUNTY BOARD OF** ) | |
| **EDUCATION,** ) | |
| ) | |
| **Defendant.** ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report on June 11, 2012, recommending that the defendant's motion for summary judgment be granted. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, the defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 23rd day of July, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE